Page

E-FILED
Monday, 30 January, 2017  02:45:06 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

VIDAL RAINEY )
_____ )
Plaintiff )
)
vs. )Case No. _____
)
OFFICER CRAIG M. WILSON )
OFFICER JACOB D. PYLE )
ACTING SERGEANT MORONEY )
OFFICER FIKE )
_____ )
Defendant(s) )

SCANNED at PCC and E-Mailed
1-30-17 (date) by LLC (initials)
25 (# of pages)

## COMPLAINT

■ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other

_____

—

*Please note:  This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, VIDAL RAINEY_____, and states as follows:

My current address is: P.O. BOX 99   PONTIAC ILLINOIS 61764
_____

The defendant C/O CRAIG M. WILSON, is employed as CORRECTIONAL OFFICER at PONTIAC CORRECTIONAL CENTER

The defendant C/O JACOB D. PYLE, is employed as CORRECTIONAL OFFICER at PONTIAC CORRECTIONAL CENTER

The defendant _SERGEANT MORONEY_, is employed as _ACTING SERGEANT_
_____ at _PONTIAC CORRECTIONL CENTER_

The defendant _C/O FIKE_, is employed as _CORRECTIONL_
_OFFICER_____ at _PONTIAC CORRECTIONAL CENTER_

The defendant _____, is employed as _____
_____ at _____ (revised 9/96)

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as

above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same

facts involved in this case?                    Yes        ●        No    ☐

If yes, please describe

_OFFICERS IN COOK COUNTY AND officer IN STATEVILLE_
_USED EXCESSIVE FORCE AGAINST ME_

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?

                                 Yes        ●        No    ☐

C. If your answer to B is yes, how many? _2_   Describe the lawsuit in the space

below. (If there is more than one lawsuit, describe the additional lawsuits on another

piece of paper using the same outline.)

1. Parties to previous lawsuit:

   Plaintiff(s) _VIDAL RAWEY_

   Defendant(s) _C/O REED, C/O SMITH, C/O DAVIS_

2. Court (if federal court, give name of district; if state court, give name of county)

LITIGATION HISTORY
A. HAVE YOU BROUGHT ANY OTHER LAWSUITS IN
STATE OR FEDERAL COURT DEALING WITH THE
SAME FACTS INVOLVED IN THIS CASE? YES ■   NO□

■ IF YES, PLEASE DESCRIBE
OFFICERS IN STATEVILLE NORTHERN RECIEVING
CENTER (NRC) USED EXCESSIVE FORCE AGAINST
ME

C. IF YOUR ANSWER TO B IS YES, HOW
MANY? 2 DESCRIBE THE LAWSUIT IN IN THE
SPACE BELOW. (IF THERE IS MORE THAN ONE
LAWSUIT, DESCRIBE THE ADDITIONAL LAWSUITS ON
ANOTHER PIECE OF PAPER USING THE SAME
OUTLINE.)

1. PARTIES TO PREVIOUS LAWSUIT:
PLAINTIFF (S) VIDAL RAINEY
DEFENDANTS) LIEUTENAT DOMMARS, C/O HOLYFIELD
AND C/O STAND-BACK.

2. COURT (IF FEDERAL COURT, GIVE NAME OF
DISTRICT; IF STATE COURT, GIVE NAME OF COUNTY)
FEDERAL COURT NORTHERN DISTRICT OF ILLINOIS

LITIGATION HISTORY—CONTINUE

3. DOCKET NUMBER / JUDGE
  16-CV-03936  JUDGE JOHN J. THARP JR.

4. BASIC CLAIM MADE
  EXCESSIVE FORCE

5. DISPOSITION (THAT IS, HOW DID THE CASE
END. WAS IT DISMISSED? WAS IT APPEALED?
IS IT STILL PENDING?)
  STILL PENDING.

6. APPROXIMATE DATE OF FILING OF LAWSUIT.
  APRIL OF 2016

7. APPROXIMATE DATE OF DISPOTION.
        N/A

FEDERAL COURTS   NORTHERN DISTRICT OF ILLINOIS

3. Docket Number/Judge

16-CV-2963    JUDGE JOHN J. THARP JR/MAGISTRATE JUDGE
SUSANE·COX

4. Basic claim made

EXCESSIVE FORCE BY PUNCHING, KICKING & CHECKING ME.

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)

I SETTLED-OUT FOR $ 2,000

6. Approximate date of filing of lawsuit MARCH 8,2016

7. Approximate date of disposition

SEPTEMBER of 2016

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes  ■  No  ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes  ■

No  ☐  If your answer is no, explain why not

_____

_____

_____

_____

C. Is the grievance process completed?  Yes  ■  No  ☐

*PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY*

*INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES.  PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.*

ILLINOIS DEPARTMENT OF CORRECTIONS
**OFFENDER'S GRIEVANCE** EXHIBIT #12

| Date: 12-18-15 | Offender: (Please Print) VIDAL RAINEY | ID#: M01636 |
|---|---|---|
| Present Facility: PONTIAC | Facility where grievance issue occurred: PONTIAC | |

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Mail Handling
- [ ] Restoration of Good Time
- [ ] ADA Disability Accommodation
- [x] Staff Conduct
- [ ] Dietary
- [x] Medical Treatment
- [ ] HIPAA
- [ ] Transfer Denial by Facility
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Other (specify): _____

- [ ] Disciplinary Report: ____/____/____
  Date of Report                    Facility where issued

Note: Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

I AM REFILING THIS GRIEVANCE BECAUSE THE GRIEVANCE
OFFICE INFORMED MY COUNSELOR THAT THEY NEVER RECEIVED MY
GRIEVANCE I SENT THEM. I SENT THE GRIEVANCE TO COUNSELOR
BAYLOR. HE ANSWERED IT 1-27-16, THEN SENT IT BACK TO ME. AND I
SENT IT TO THE GRIEVANCE OFFICE WHOM NOW COMPLAINING, THEY NEVER
GOT IT.

ON 12-18-15, AT 3:00 P.M COUNT CHECK I INFORMED C/O

Relief Requested: FOR THIS MATTER TO BE INVESTIGATED BY MY WITNESSES AND BY I.A.
ALSO MY FINGERS STILL HURTS. THEIR STILL SWOLLEN AND I CAN'T FULLY BEND THEM. I
NEED MORE MEDICAL TREATMENT.

- [x] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

Vidal Rainey                     M01636              4/14/16
Offender's Signature                    ID#                    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: ____/____/____

- [ ] Send directly to Grievance Officer
- [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: _____

_____

_____

_____

Print Counselor's Name          Counselor's Signature          Date of Response

RECEIVED

---

**EMERGENCY REVIEW**

APR 29 2016

Date Received: 4/18/16    Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [x] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

ADMINISTRATIVE REVIEW BOARD

[signature] Chief Administrative Officer's Signature              4/18/16
                                                                  Date

Distribution: Master File; Offender                              DOC 0046 (8/2012)

WILSON THAT I NEEDED TO TALK TO A CRISIS TEAM MEMBER. HE TOLD ME O.K AND HE'LL TELL LIEUTENANT WINEMILLER.

At 4:00p.m, 5:00 p.m And 6:00 p.m I CONTINUED TO INFORM C/O WILSON THAT I NEEDED A CRISIS TEAM. AT 7:00 p.m NO ONE HAD NOT CAME TO TALK TO ME ABOUT MY CRISIS. (IM LABELED AS S.M.I, SERIOUSLY MENTALLY ILL) I COVERED MY CELL WINDOW TO GET SOMEONE ATTENTION. SERGEANT MORONEY, C/O FIKE, C/O PYLE AND C/O WILSON CAME TO MY CELL DOOR AND TOLD ME TO CUFF UP I CUFFEN UP, THESE OFFICERS DIRECTED ME TO STAND BY THE WALL. SEVERAL OFFICERS WENT INTO MY CELL, TOOK ALL MY PROPERTY, PLUS MY BED OUT OF MY CELL, THEN PLACED ME BACK INTO THE CELL WITHOUT TALKING TO A CRISIS TEAM MEMBER. AFTER THESE OFFICERS TOOK OFF THE HANDCUFFS, I REFUSE TO TAKE MY ARM OUT THE CHUCK BECAUSE I WAS BEING MISTREATED AND STILL HAVENT TALK TO A CRISIS TEAM MEMBER THESE OFFICERS IMMEDIATELY BEGAN ASSAULTING ME BY USING EXCESSIVE FORCE TRYING TO GET MY ARM INTO THE CHUCKHOLE, SLAMMING MY HANDS AND ARM WITH THE CHUCKHOLE CAUSING ALOT OF PAIN. C/O FIKE REPEATALLY SLAMMED THE CHUCKHOLE ON MY LEFT HAND WHILE C/O PYLE USED EXCESSIVE FORCE BENDING MY RIGHT HAND FINGERS ATTEMPTING TO BREAK THEM I ATTEMPT TO HOLD THE CHUCKHOLE WITH MY LEFT HAND, OFFICER FIKE CONTINUE SLAMMING IT AND BUST OPEN MY LEFT HAND FINGERS CAUSING THEM TO BLEED, THEN C/O PYLE AND C/O WILSON SWITCHED POSITIONS AND C/O WILSON BEGAN BENDING MY RIGHT ARM AND APPLYING PRESSURE CAUSING ME TO HALLER OUT IN PAIN. I BEGAN HALLERING ASKING FOR A CRISIS TEAM MEMBER ALL THE WHILE IN ALOT OF PAIN. C/O FIKE CONTINUED SLAMMING MY HANDS AND ARMS CAUSING ME TO HALLER OUT IN MORE PAIN.

FINALLY THESE OFFICERS CAME UP WITH A QUICK PLAN TO LIE ABOUT ME HOLDING ON TO C/O WILSON SHIRT, AFTER THESE OFFICERS STATED "LET GO OF HIS SHIRT, LET GO OF HIS SHIRT" (WHICH WAS THE LIE) I KEPT HALLERING I. DON'T HAVE HIS SHIRT, THEN S.GT MORONEY SPRAYED ME WITH A PEPPER SPRAY/MACE 3 DIFFERENT TIMES, I STILL REFUSE TO TAKE MY ARM OUT THE CHUCK HOLE, BEGAN ASKING FOR MEDICAL ATTENTION. LIEUTENANT WINEMILLER FINALLY CAME, I GOT TOOKEN OUT THE CELL FOR MEDICAL TREATMENT FOR MY EYES BY NURSE AMANDA AND I TALKED TO CRISIS TEAM MEMBER ALLEY WHOM PLACED ME ON 10 MIN. CRISIS WATCH FOR MY CRISIS ISSUES, I WAS ESCORTED TO HEALTH CARE. THE NEXT DAY 2-19-16, MY HANDS WAS TREATED BY NURSE LORA. AFTER I CAME OFF CRISIS WATCH I PUT IN FOR SICKCALL I WAS SEEN BY DOCTOR TILDEN WHO PRESCRIBED PAIN MEDICATION AND ORDERED EXRAYES FOR MY HANDS.

I HAVE 4 WITNESSES THAT WITNESED THESE OFFICERS USING EXCESSIVE FORCE. ALSO THEY WITNESSED THAT I DID NOT GRABB ON TO NO ONE'S SHIRT NOR ANYTHING. BY THESE OFFICERS USING EXCESSIVE FORCE UPON ME VIOLATES MY CONSTITUTIONAL RIGHTS.

MY FIRST WITNESS IS PONTIAC CORRECTIONAL CENTER CAMERA DIRECTLY IN FRONT OF CELL 150 IN NORTH SEG. HOUSE. 2 WITNESS IS RICHARD KELLY # B76278 WAS HOUSED IN CELL 149. MY THIRD WITNESS IS HENRY MOUNSON # N73406. FOURTH WITNESS IS ANTHONY RAPOEORT # R29396 WAS HOUSED IN CELL 147. HENRY WAS HOUSED IN CELL 148.

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report** EXHIBIT# 2

Date: 12-18-15

**Type of Report:** ☑ Disciplinary ☐ Investigative

Facility: Pontiac CC

Offender Name: Rainey    ID #: m01626

Observation Date: 12-18-15  Approximate Time: 700 ☐ a.m. ☐ p.m.  Location: NCH 150

Offense(s): DR 504: 210: Impairment of Surveillance  403: Disobeying a Direct Ord

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx time, while this R/O was conducting a security walk on 1 gallery in NCH, this R/O arrived at cell 150 where I/m Rainey #m01626 resides, and observed I/m Rainey had covered the observation window to the cell with a torn state sheet, blocking this R/O's vision into the cell. This R/O gave I/m Rainey a direct order to take down the sheet, which he refused. Sgt. Moronu and Lt. Wiremiller notified I/m Rainey was identified by state ID and gallery chart

Witness(es): _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C. Wilson | 11623 | C W | 12-18-15 | 745 ☐ a.m. ☐ p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

---

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement  ☐ Investigative Status  Reasons: _____

_____

Printed Name and Badge #          Shift Supervisor's Signature          Date
                                  (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer  Comment: _____

☑ **Major Infraction,** submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ **Minor Infraction,** submitted to Program Unit    Shentel    12-18-15

Shentel 02
Print Reviewing Officer's Name and Badge #      Reviewing Officer's Signature      Date

☑ **Hearing Investigator's Review Required** (Adult Correctional Facility Major Reports Only):    12-21-15

Rousant  10741
Print Hearing Investigator's Name and Badge #      Hearing Investigator's Signature      Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

_____  Offender's Signature 9149    ID# _____

Dujehl
Serving Employee (Print Name)          Badge #      Signature

12/24/15          S.T.U          ☐ a.m. ☐ p.m.
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____  _____
Offender's Signature      ID#

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)**

_____  _____  _____
Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| | | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Print Name of witness | Witness badge or ID# | | |

Witness can testify to: _____

| | | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| Print Name of witness | Witness badge or ID# | | |

Witness can testify to: _____

Page ___ of ___

EXHIBIT #3

10-26-16

OCT 27 REC'D

HEALTH SERVICES

I HAVE PUT IN OVER 20 REQUEST TO
REVIEW MY MEDICAL CHART.
I WAS CALLED TO REVIEW MY MEDICAL CHART
LAST MONTH BUT IT WAS CANCLED AND YET I
HAVENT BEEN RESCHEDULED.
I NEED TO REVIEW MY MEDICAL CHART
AS SOON AS POSSIBLE. CAN YOU PLEASE RESCHEDULE
ME?
THANK YOU!
Vidae Rainey #M01036

Will be Rescheduled
for Chart Review.

ILLINOIS DEPARTMENT OF CORRECTIONS    *EXHIBIT #4*

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize __PONTIAC__ to release the following information: (State
Facility
specific medical health information to be disclosed including date(s) or date range)

I HAVE TO REVIEW MY MEDICAL CHART BECAUSE
I DONT REMEMBER THE EXACT DATE(S) I SEEN THE DOCTOR ON.
A FEW DATES I DO REMEMBER IS MAY 30, 2015, AND DECEMBER 19, 2015

☑ At Request of Offender and/or: __CIVIL COURTS__
                                           Purpose of disclosure

from the records of __M01620__        __VIDAL RAINEY__
                        ID#                        Print Offender's Name

to: ☑ Self  ☐ Authorized Attorney  ☐ Health Care Facility  ☐ Other: _____

Name: __VIDAL RAINEY__
                          Print Name

Address: __P.O. BOX 99__
                        Street Address
             __PONTIAC__              __IL__  __61764__
                City                      State    Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):          *A chart Review will*
                                                                         *be Scheduled.*
☑   45 days from date of signature                                        NOV 0 1 2016

☐   Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

**Signature:**

__Vidal Rainey__                                           __10-30-16__
Signature of Offender or Person Authorized to Consent        Relationship        Date

Give Offender a copy if DOC made the request for release.

Distribution:  Offender's Medical File

*Printed on Recycled Paper*                              DOC 0241 (Rev. 01/2005)

EXHIBIT #5

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**Offender Disciplinary Report**

Date: 12-18-15

**Type of Report:**
☐ Disciplinary   ☐ Investigative

Pontiac CC
Facility

Offender Name: Rairey                    ID #: M01626

Observation Date: 12-18-15   Approximate Time: 7:00   ☐ a.m. ☐ p.m.   Location: NCH 150

**Offense(s): DR 504:** 102: Assaulting any Person

**Observation:** (NOTE: Each offense identified above must be substantiated.) On the above date and approx time while this R/O was assisting in placing I/m Rairey #M01626 into cell 150, I/m Rairey had his hands out the cuff hatch so that the restraints could be removed. Once one restraint was removed from I/m Rairey's hand, I/m Rairey reached back and grabbed this R/O's right arm and refused to let go. I/m Rairey was identified by state ID and gallery chart

**Witness(es):**

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| C. Wilson | 11523 | CW | 12-18-15 | 7:45 | ☐ a.m. ☐ p.m. |
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time | |

---

### Disciplinary Action:

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reasons: _____

Printed Name and Badge #          Shift Supervisor's Signature          Date
                                  (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☐ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
☐ Minor Infraction, submitted to Program Unit

Shprentree (027)          Shprentree          12-18-15
Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☐ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only):

                                                          12-21-15
Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

#### Procedures Applicable to all Hearings on Investigative and Disciplinary Reports
You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

#### Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports
You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☐ Check if offender refused to sign

Offender's Signature          9/4/4          ID#

_____
Serving Employee (Print Name)          Badge #          Signature

12/24/15          550          ☐ a.m. ☐ p.m.
Date Served          Time Served

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

_____
Offender's Signature          ID#

EXHIBIT # 6

4-11-16

DEAR COUNSELOR JAMES,

I NEED YOU TO INQUIRE COUNSELOR BAYLOR AND THE GRIEVANCE OFFICER ABOUT A COMPLAINT/GRIEVANCE I FILED THAT TOOK PLACE 12/18/15. IN NORTH SEG. CELL 15D DURING 3 TO 11 SHIFT, ON OFFICER WILSON, FIKE AND DYLE USING EXCESSIVE FORCE INJURING MY ARMS AND FINGERS IN THE CHUCKHOLE.
I NEED A COPY OF THE LOG THAT COUNSELOR BAYLOR ANSWERED TO THIS GRIEVANCE AND I NEED TO KNOW THE STATUS OF THE GRIEVANCE WITH THE GRIEVANCE OFFICER.
CAN YOU PLEASE ANSWER THIS LETTER A.S.A.P.? IF YOU ONLY CAN GIVE ME THE DATE THE GRIEVANCE WAS ANSWERED ON AND A ANSWER FROM THE GRIEVANCE OFFICE, THAT WOULD BE FINE.

THANK YOU SO VERY MUCH MS. JAMES!
4/14/16: The grievance was answered by Counselor Baylor on 1/27/16. The grievance office has not
Vidal Rainey # M01626 received a grievance on excessive force.

EXHIBIT # 7

STATE OF ILLINOIS )
                  ) ss
COUNTY OF LIVINGSTON )

### AFFIDAVIT

I, VIDAL RAINEY _____, do hereby declare and affirm that the followint information within this affidavit is true and correct in substance and in facts.

I WAS ASSAULTED BY C/O CRAIG M. WILSON, C/O JACOB D. PYLE, C/O FIKE AND SERGANT MOLONY ON 12-18-15. I FILED A GRIEVANCE COMPLAINING THESE OFFICERS HAD USED EXCESSIVE FORCE AGAINST ME. I SENT THE GRIEVANCE TO COUNSELOR BAYLOR. COUNSELOR BAYLOR ANSWERED AND RETURNED THE GRIEVACE TO ME ON 1-27-16. THE SAME DAY "1-27-16" I SENT THE GRIEVANCE TO THE GRIEVANCE OFFICE THROUGH THE MAIL

I DID NOT GET A RESPONCE FROM THE GRIEVANCE OFFICE WITHIN 90 DAYS SO I WROTE TO COUNSELOR JAMES AND ASKED HER TO CHECK ON THE STATUS OF THE GRIEVANCE. COUNSELOR JAMES RESPONDED TO ME SAYING THE GRIEVANCE OFFICE CLAIM THEY NEVER GOT THE GRIEVANCE.

I IMMEDIATELY REFILED THE GRIEVACE AS AN EMERGENCY AND INFORMED THE ADMINISTRATION THAT I WAS REFILING THE GRIEVANCE BECAUSE THE GRIEVANCE OFFICE CLAIM THEY NEVER GOT MY FIRST GRIEVANCE. THE ADMINISTRATION RESPONDED TO ME SAYING MY ISSUE WAS NOT A EMERGENY AND MY GRIEVANCE WAS NOT SUBMITTED IN THE CORRECT TIME FRAME.

I APPEALED THE GRIEVANCE TO SPRINGFIELD ADMINISTRATION REVIEW BOARD. THEY RESPONDED SAYING MY GRIEVANCE WAS NOT SUBMITTED IN THE CORRECT TIME FRAME.

I FOLLOWED THE PROCEDURE IN FILING MY GRIEVANCE, FIRST I SENT THE GRIEVANCE TO COUNSELOR BAYLOR. I GOT IT BACK THEN SENT IT TO THE GRIEVANCE OFFICE WITHIN THE CORRECT TIME FRAME. BUT THEY CLAIM THEY NEVER GOT IT.

Pursuant to 28 USC 1746, 18 USC 1621, or 735 ILCS 5/1-109, I declare, under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.  I do declare and affirm that the matter at hand is not taken either frivoulously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this __3__ day of __Wur__, 2016.

Vidal Rainey
Affiant

MARK G SPENCER
Official Seal
Notary Public - State of Illinois
My Commission Expires Mar 23, 2020

Bruce Rauner
Governor

John Baldwin
Acting Director

*EXHIBIT #8*
*E)4/18/16*

## The Illinois Department of Corrections

Pontiac Correctional Center
700 W. Lincoln Street, P.O. Box 99 • Pontiac, IL 61764 • (815) 842-2816 TDD: (800) 526-0844

# M E M O R A N D U M

DATE: 4/22/16

TO:      Name: Rainey       IDOC #: M016626

FROM:   Grievance Officer - J. James CCII
        Pontiac Correctional Center

SUBJECT: Grievance(s) dated: 12/18/15 Topic: Staff    Issue: CoFike, CoPyle, C/o Wilson
         Conduct              12/18/15

The attached is being returned for the reason(s) listed below:

_____  Contact your Correctional Counselor. Per DR 504 Grievances, "A committed person shall first
         attempt to resolve incidents, problems or complaints, other than complaints concerning
         disciplinary proceedings, through his counselor".

_____  Use proper Committed Person's Grievance (DOC 0046).

_____  Provide date(s) of disciplinary reports(s) and facility where incident(s) occurred.

_____  Forward grievance directly to the Administrative Review Board (protective custody, enforced
         medication, disciplinary reports from other facilities, decisions by the Transfer Coordinator's
         Office, decisions rendered by the Director).

__X__   Not submitted in the timeframe outlined in Department Rule 504; therefore, issue will not be
         addressed further.  Discovery date of incident, occurrence, or problem: 12/18/15 .

_____  Unable to determine nature of grievance/correspondence.  Submit additional specific
         information.

_____  Illegible copy submitted – submit legible copy for consideration.

_____  Request restoration of GCC, segregation time cut, grade restoration to the Adjustment
         Committee.  If request is denied, utilize the grievance process for further consideration.

**RECEIVED**
APR 29 2016
ADMINISTRATIVE
REVIEW BOARD

Page 1 of 2

Mission: To serve justice in Illinois and increase public safety by promoting positive change in
offender behavior, operating successful reentry programs, and reducing victimization.

www.illinois.gov/idoc

_____ Issue has been previously addressed on _____. No justification for further consideration.

_____ Contact the Record Office with your request and/or additional information (sentence calculations, jail credits, etc.).

_____ Address concerns to the Illinois Prisoner Review Board, 319 East Madison Street, Suite A, Springfield, Illinois 62706 (executive clemency parole violation issues, etc.).

_____ The Chief Administrative Officer has determined your grievance issue a non-emergency.  If you reject this decision, forward your grievance directly to Grievance Office.

_____ Other: _____

_____

_____

_____

_____

EXHIBIT #9

4-25-16

DEAR ADMINISTRATIVE REVIEW BOARD,

I'm WRITING TO APPEAL THE DECISION MADE ON MY GRIEVANCE I HAD TO REFILE BECAUSE THE GRIEVANCE OFFICER CLAIMS THAT MY GRIEVANCE THAT I FILED ON c/o FIKE, c/o PYLE AND c/o WILSON NEVER GOT SENT TO THEM.

I ALWAYS FOLLOW THE PROPER ~~PROCESSER~~ PROCEDURE WHEN FILING MY GRIEVANCES. THE GRIEVANCE I FILED ON THOSE OFFICER USING EXCESSIVE FORCE WAS SENT TO THE GRIEVANCE OFFICER.

EACH AND EVERY OTHER GRIEVANCE ON EXCESSIVE FORCE I'VE FILED IN THE PAST, THE GRIEVANCE OFFICER CLAIMS THEY NEVER GOT IT. BUT THEY ALWAYS TELL THE TRUTH WHEN THE GRIEVANCES ARE NOT ON EXCESSIVE FORCE, THEY ALWAYS GET THOSE.

THIS IS THE FORTH GRIEVANCE I'VE FILED ON EXCESSIVE FORCE THEN SENT THEM TO THE GRIEVANCE OFFICER AND THEY CLAIM THEY NEVER GET THEM.

THE GRIEVANCE OFFICER THROWS MY GRIEVANCES ON EXCESSIVE FORCE AWAY THEN LIE SAYING THEY NEVER GOT THEM.

I AM APPEALING THIS GRIEVANCE!

Vidal Rainey

RECEIVED
APR 29 2016
ADMINISTRATIVE
REVIEW BOARD

ILLINOIS DEPARTMENT OF CORRECTIONS

**Administrative Review Board**
**Return of Grievance or Correspondence**

Offender: _Rainey_ _____ _Vidal_ _____ MI ___ ID# _M01626_
Last Name          First Name

Facility: _Pontiac_

☒ Grievance: Facility Grievance # (If applicable) _____ Dated: _12/18/15_ or ☐ Correspondence: Dated: _____

Received: _4/29/16_ Regarding: _Staff Conduct Excessive use of force on 12/18/10_
          Date                    _Sgt. Moroney, C/O Fire, Pyle & Wilson_

The attached grievance or correspondence is being returned for the following reasons:

---

**Additional information required:**

☐ Provide a copy of your written Offender's Grievance, DOC 0046, including the counselor's response, if applicable.

☐ Provide a copy of the Response to Offender's Grievance, DOC 0047, including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide dates of disciplinary reports and facility where incidents occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to: Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

---

**Misdirected:**

☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Statutory Sentence Credits to Adjustment Committee. If the request is denied by the facility, utilize the offender grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to: Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL  62706

---

**No further redress:**

☐ Award of Supplemental Sentence Credits are discretionary administrative decisions; therefore, this issue will not be addressed further.

☒ Not submitted in the timeframe outlined in Department Rule 504; **therefore, this issue will not be addressed further.**

☐ This office previously addressed this issue on _____.
                                            Date

☐ No justification provided for additional consideration.

---

**Other** (specify): _Issue of 12/18/15 and received by Grievance officer on_
_4/22/16 w/ 60 days past time frame_

---

Completed by: _Leslie McCarty_          _Leslie McCarty_          _6/3/16_
              Print Name                 Signature                 Date

Distribution:   Offender          Printed on Recycled Paper          DOC 0070 (Rev.4/2013)
                Inmate Issues

## STATEMENT OF CLAIM

Place of the occurrence _PONTIAC CORRECTIONAL CENTER_

Date of the occurrence _DECEMBER 18, 2015_

Witnesses to the occurrence _PONTIAC CAMERA, RICHARD KELLY #B76238, HENRY MONSON # N73406_
*State here briefly the FACTS that support your case. Describe how EACH defendant is involved.*
*Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.* AND ANTHONY
*Unrelated claims should be raised in a separate civil action.* RAPOPORT
*THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.* #R29396

1. ON DECEMBER 18, 2015, PLANTIFF, VIDAL RAINEY, WAS ASSAULTED
AND INJURIED BY C/O CRAIG M. WILSON, C/O JACOB D. PYLE, C/O FIKE
AND SERGANT MORANEY USING EXCESSIVE FORCE AGAINST HIM
BY SLAMMING AND BENDING HIS ARMS, HANDS AND FIGERS IN THE
CHUCKHOLE/CUFF HATCH. (SEE EXHIBITS #1 ).

2. PLAINTIFF, VIDAL RAINEY, WAS A MENTAL HEALTH PATIENT AT
THE TIME OF THE OCCURRENCE. AT 3:00 p.m, 4:00 p.m, 5:00 p.m
AND 6:00 p.m, VIDAL RAINEY/PLANTIFF CONTINUED ASKING TO SEE
A CRISIS TEAM MEMBER/MENTAL HEALTH PROFESSOR. (SEE EXHIBIT #1)

3. AT 7:00 p.m, PLAINTIFF COVERED HIS CELL WINDOW TO GET THE
LIEUTENANT ATTENTION BECAUSE DEFENDANT CRAIG. M. WILSON
WAS NOT RESPONDING TO HIM, WHICH THE DEFENDANT C/O CRAIG. M
WILSON WROTE PLAINTIFF A DISCIPLINARY TICKET (SEE EXHIBIT #1 AND #2)

4. INSTEAD OF A LIEUTENANT COMING TO PLAINTIFF CELL, DEFENDANT(S)

C/O CRAIG M. WILSON, JACOB D. PYLE, C/O FIKE AND SERGANT MORONEY CAME AND GAVE HIM A DIRECT ORDER TO CUFF UP. (SEE EXHIBIT #1)

5. PLANTIFF CUFFED UP THEN DIRECTED TO STAND BY THE WALL WHILE A FEW JOHN DOE C/O'S WENT INTO HIS CELL, TOOK ALL HIS PROPERTY AND BED MATTRES OUT THE CELL, LEAVING THE CELL EMPTY. (SEE EXHIBIT #1)

6. THE DEFENDANT(S) PUT PLANTIFF BACK INTO THE CELL WITHOUT HIM TALKING TO A CRISIS TEAM MEMBER/MENTAL HEALTH PROFESSOR NOR LIEUTENANT. THE DEFENDANT(S) TOOK THE HANDCUFFS OFF THE PLANTIFF AND PLANTIFF REFUSED TO TAKE HIS HAND OUT THE CHUCKHOLE/HANDCUFF HATCH BECAUSE HE NEEDED TO TALK TO A CRISIS TEAM. EACH DEFENDANT BEGAN USING EXCESSIVE FORCE AND ASSAULTING PLANTIFF. (SEE EXHIBIT #1)

7. C/O FIKE/DEFENDANT CONTINUED SLAMMING THE CHUCKHOLE ON PLANTIFF LEFT ARM, FINGERS AND HAND WHILE DEFENDANT C/O JACOB D. PYLE BENT PLANTIFF RIGHT ARM AND FINGERS. (SEE EXHIBIT #1)

8. DEFENDANT CRAIG WILSON AND DEFENDANT JACOB PYLE SWITCHED POSITIONS. DEFENDANT CRAIG WILSON BEGAN APPLYING PRESSURE ON PLAINTIFF RIGHT ARM WHILE DEFENDANT C/O FIKE CONTINUED TO SLAM THE CHUCKHOLE ON PLAINTIFF LEFT HAND, WHICH ALL CAUSED

8. ALOT OF PAIN AND PLAINTIFF LEFT HAND FINGERS TO BLEED. (SEE EXHIBIT #1)

9. PLAINTIFF HOLLERED OUT IN PAIN AND ASKING TO SEE A CRISIS TEAM MEMBER AND MEDICAL ATTENTION. THE DEFENDANT(S) BEGAN TALKING AMONGST EACH OTHER, THEN EACH OF THEM BEGAN SAYING "LET HIS SHIRT GO, LET HIS SHIRT GO" WHICH WAS NOT TRUE BECAUSE PLAINTIFF DID NOT HAVE ANY OF THEIR SHIRT (SEE EXHIBIT #1)

10. DEFENDANT SERGANT MOLONEY THEN SPRAYED PLAINTIFF MULTIPLE TIMES WITH PEPPER SPRAY INTO HIS FACE AND HAIR. (SEE EXHIBIT #1)

11. PLAINTIFF CONTINUED HOLLERING OUT IN PAIN, WHILE C/O/DEFENDANT FIKE CONTINUED SLAMMING HIS HAND. (SEE EXHIBIT #1)

12. LIEUTENANT WINEMILLER FINALLY CAME. HE ORDERED THE DEFENDANT(S) TO CUFF PLAINTIFF ARE UP TO GET MEDICAL ATTENTION AND TO SEE A CRISIS TEAM MEMBER (SEE EXHIBIT #1)

13. PLAINTIFF WAS MEDICALLY TREATED BY NURSE AMANDA WHO CLEANSED HIS EYES FROM BEING SPRAYED WITH PEPPER SPRAY (THE HEALTH CARE SERVICES REFUSE TO ALLOW PLAINTIFF TO REVIEW HIS MEDICAL CHART FOR THESE EXHIBITS) (SEE EXHIBITS 1, 2 3, 4)

14. AFTER PLAINTIFF EYES WERE CLEANSED, HE
WAS SEEN AND TALK TO MENTAL HEALTH PROFESSOR/
CRISIS TEAM MEMBER ALLEY WHO PLACED PLAINTIFF
ON CRISIS WATCH FOR HIS MENTAL HEALTH ISSUES.
(HEALTH CARE SERVICES REFUSE TO ALLOW PLAINTIFF
TO REVIEW HIS MENTAL HEALTH MEDICAL CHART FOR THESE EXHIBITS)
(SEE EXHIBIT # 1, 3, 4)

15. PLAINTIFF WERE ESCORTED TO HEALTH CARE. ON
12-19-15, NURSE LORA MEDICALLY TREATED
PLAINTIFF HANDS AND ARM THAT WERE BRUSED,
BUSTED, SWOLLEN, BLEEDING AND IN PAIN.
(HEALTH CARE SERVICES REFUSE TO ALLOW
PLAINTIFF TO REVIEW HIS MEDICAL CHART)
(SEE EXHIBITS 1, 3, 4)

16. PLAINTIFF CAME OFF CRISIS WATCH AND IMMEDIATELY
PUT IN FOR SICK CALL. (HEALTH SERVICES REFUSE TO
ALLOW PLAINTIFF TO REVIEW HIS MEDICAL CHART
FOR THESE EXHIBITS) (SEE EXHIBIT 1, 3, 4)

17. PLAINTIFF WAS SEEN BY DOCTOR TILDEN
WHO ORDERED PAIN MEDICATION AND EXRAYS
FOR PLAINTIFF HANDS. (HEALTH SERVICES REFUSE
TO ALLOW PLAINTIFF TO REVIEW HIS MEDICAL
CHART FOR THESE EXHIBITS) (SEE EXHIBIT 1, 3, 4)

18. DEFENDANT C/O CRAIG M. WILSON WROTE PLAINTIFF A DISCIPLINARY TICKET FOR GRABBING HIS ARM THROUGH THE CUFF HATCH, WHICH WAS NOT TRUE. (SEE EXHIBIT #5)

19. PLAINTIFF FILED A GRIEVANCE AND SENT IT TO COUNSELOR BAYLOR WHO ANSWERED THE GRIEVANCE ON JANUARY 27, 2016. (SEE EXHIBIT# 1, 6, 7)

20. COUNSLOR BAYLOR SENT THE GRIEVANCE BACK TO PLAINTIFF ON JANUARY 27, 2016 AND PLAINTIFF SENT THE GRIEVANCE TO THE GRIEVANCE OFFICE THROUGH THE MAIL ON THE EVENING OF JANUARY 27, 2016. (SEE EXHIBIT #1, 7)

21. PLAINTIFF DIDNT GET A RESPONCE FROM THE GRIEVANCE OFFICE WITHIN 90 DAYS SO HE WROTE HIS COUNSELOR, MS. JAMES, TO CHECK THE STATUS OF THE GRIEVANCE ON APRIL 11, 2016. (SEE EX#6)

22. COUNSELOR JAMES RESPONDED ON APRIL 14, 2016, INFORMING PLAINTIFF THAT COUNSEL BAYLOR FIRST ANSWERED HIS GRIEVANCE ON 1-27-16, AND THE GRIEVANCE OFFICE CLAIM THEY NEVER RECEIVED THE GRIEVANCE. SEE EXHIBIT # 1, 6, 7)

23. PLAINTIFF IMMEDIATELY REFILED THE GRIEVANCE AS A EMERGENCY ON APRIL 14, 2016 (SEE EXHIBIT 1, 7)

24. CHIEF ADMINISTRATOR GUY PIERCE RESPONDED TO THE GRIEVANCE SAYING IT WAS NOT AN EMERGENCY NOR FILED IN THE CORRECT TIME FRAME (SEE EXHIBIT #1, 8)

25. PLAINTIFF WROTE SPRINGFIELD/ADMINISTRATIVE REVIEW BOARD TO APPEAL THE CHIEF ADMINISTRATOR DECISION (SEE EXHIBIT #9)

26. SPRINGFIELD/ADMINISTRATIVE REVIEW BOARD RESPONDED SAYING THE ISSUE WAS NOT SUBMITTED IN THE CORRECT TIME FRAME. (SEE EXHIBIT #10)

27. PLAINTIFF WROTE A AFFIDAVIT EXPLAINING AND INFORMING THAT HE FOLLOWED THE CORRECT PROCEDURE WITH FILING HIS GRIEVANCE AND IT WAS SUBMITTED LESS THAN 60 DAYS AFTER 12-18-15, TO THE GRIEVANCE OFFICE WHO LATER CLAIM THEY NEVER GOT THE GRIEVANCE. (SEE EXHIBIT #7)

THE END!

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

GRANTING PLAINTIFF VIDAL RAINEY A DECLARATION THAT THE ACTS AND ADMISSION DESCRIBED HEREIN VIOLATE (HIS) RIGHTS UNDER CONSTITUTION AND LAWS OF THE UNITED STATES AND A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANTS CRAIG M. WILSON, AND JACOB D. PYLE, C/O FIKE AND OF SERGEANT MORONEY TO CEASE THEIR VERBAL AND PHYSICAL VIOLENCE TOWARDS PLAINTIFF VIDAL RAINEY AND GRANTING PLAINTIFF COMPENSATORY DAMAGES IN THE AMOUNT OF $ 25,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY, PLAINTIFF SEEK PUNITIVE DAMAGES IN THE AMOUNT OF $ 25,000 AGAINST EACH DEFENDANT, JOINTLY AND SEVERLY.

**JURY DEMAND**      Yes ☑      No ☐

Signed this _29th_ day of _JANUARY_ ,
_2017_ .

*Vidal Rainey*

(*Signature of Plaintiff*)

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| VIDAL RAINEY | M01626 |
| Address: | Telephone Number: |
| P.O. BOX 99 PONTIAC, IL 61764 | N/A |